**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill Shumway, <br>         Plaintiff, <br> vs. <br> DHL Express (USA), Inc., <br>         Defendant. | No. CIV 06-1188-PHX-DKD <br><br> **ORDER** |

    This cause having come before the Court upon Stipulation by the parties for an extension of time for Defendant to respond to Plaintiff's Complaint in this action, the Court having reviewed the file herein and being otherwise duly advised,

    IT IS HEREBY ORDERED that the Stipulation (Doc. #6) is GRANTED. Defendant shall serve its response to Plaintiff's Complaint in this matter no later than May 19, 2006.

    DATED this 2nd day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge